NJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ex rel. Michele Monchatre,<br><br>Plaintiffs,<br><br>v.<br><br>KINDRED HEALTHCARE OPERATING INC., a corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. 2:13-cv-1623 GEB-EFB<br><br>AMENDED **ORDER GRANTING THE UNITED STATES' DECLINATION** |

The United States having declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B),  the Court rules as follows:

IT IS ORDERED that,

1.  The Complaint be unsealed and served upon the Defendant by the relator;

2.  All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this order and the United States' Notice of Election to Decline Intervention which the relator will serve upon the defendant only after service of the Complaint;

3.  The seal be lifted as to all other matters occurring in this action after the date of this Order;

4.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. §3730(c)(3).  The United States may

PROPOSED ORDER GRANTING US DECLINATION

1

order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All Orders of this Court shall be sent to the United States; and

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: July 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

PROPOSED ORDER GRANTING US
DECLINATION