BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ex rel. Michele Monchatre,<br><br>Plaintiffs,<br><br>v.<br><br>KINDRED HEALTHCARE OPERATING INC., a corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. 2:13-cv-1623 GEB-EFB<br><br>**STIPULATION OF DISMISSAL; ORDER** |

## **RECITALS**

1.  On July 7, 2014, the United States filed notice of its election to decline intervention in this action pursuant to 31 U.S.C. § 3730(b)(4)(B).

2.  By Order filed July 11, 2014, the Court ordered that the Complaint, the Notice of Election to Decline Intervention, and all pleadings filed subsequent to July 11, 2014, be unsealed.

3.  Relator MICHELE MONCHATRE now desires to dismiss the action without prejudice.

///

**1**

STIPULATION OF DISMISSAL; ORDER

4. Pursuant to 31 U.S.C. § 3730(b)(1), in the interests of the United States, the United States hereby consents to the dismissal of the action without prejudice.

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-captioned action be and hereby is dismissed without prejudice as to all Defendants.

Respectfully submitted,

Dated: July 14, 2014     BENJAMIN B. WAGNER
United States Attorney

By: /s/  *Glen F. Dorgan*
Glen F. Dorgan
Assistant U.S. Attorney

Dated: July 14, 2014     THYBERG LAW

By: /s/  *Gregory A. Thyberg*
Gregory A. Thyberg
Attorney for Relator

## ORDER

IT IS HEREBY ORDERED that:

1. This entire action and all claims herein are hereby DISMISSED without prejudice;
2. All pending matters and dates arising out of this action are hereby VACATED;
3. The Clerk is hereby directed to close this action.

Dated: July 15, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION OF DISMISSAL; ORDER